Gondephe, P.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CARLOS JORGE, on behalf of himself and
all others similarly situated,

                Plaintiffs,

                -against-

ITX USA, LLC, D/B/A BERSHKA

                Defendant.

Case No. 1:17-cv-09210-PGG

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their

respective counsel, that the above-entitled action against Defendant shall be and hereby is

dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party,

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Brooklyn, New York
          April 3, 2018

By: /s/ _Daniel Cohen_

Daniel Cohen, Esq.
Daniel Cohen PLLC
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Fax: (929) 575-4195
Dan@dccohen.com
*Attorney for Plaintiff*

By: /s/ _Sean Kirby_

Sean Kirby, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-8700
Fax: (212) 655-1723
Skirby@sheppardmullin.com
*Attorney for Plaintiff*

**SO ORDERED:**

_____
**U.S.D.J.**

April 4, 2018